UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                :
ATLANTIC CASUALTY INSURANCE                     :
COMPANY,                                         :
                                    Plaintiff,  :            26 Civ. 1560 (LGS)
                                                :
                 -against-                      :
                                                :            **ORDER**
LJ INSTALLATION CORP. et al.,                   :
                                    Defendants. :
                                                :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order entered February 26, 2026, directed the parties to file a joint status letter and proposed case management plan by April 7, 2026.

WHEREAS, the parties failed to file the documents.

WHEREAS, the initial pretrial conference in this action is currently scheduled for April 14, 2026.

WHEREAS, the Affirmations of Service filed on March 24, 2026, state that Defendants LJ Installation Corp. and Parsons Construction Inc. were served with a summons and the Complaint on March 9, 2026.  Dkts. 18, 19.  Under Federal Rule of Civil Procedure 12(a)(1)(A), these Defendants' deadline to answer or otherwise respond to the Complaint was twenty-one days after the date of service, or March 30, 2026.  Defendants LJ Installation Corp. and Parsons Construction Inc. have not answered or otherwise responded to Complaint, nor have they otherwise appeared in this action.  It is hereby

**ORDERED** that the parties shall file the status letter and proposed case management plan as soon as possible and no later than **April 9, 2026**.  In the letter, Plaintiff shall state

whether it intends to seek default judgment against Defendants LJ Installation Corp. and Parsons Construction Inc.

Dated: April 8, 2026
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

2