UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
:
ATLANTIC CASUALTY INSURANCE  :
COMPANY,  :
Plaintiff,  :          26 Civ. 1560 (LGS)
:
-against-  :
:          **ORDER**
LJ INSTALLATION CORP. et al.,  :
Defendants.  :
:
--------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this action is scheduled for April 14, 2026.

Based on the parties' joint status letter, it is hereby

**ORDERED** that the conference scheduled for April 14, 2026, is **ADJOURNED** sine die.

If Defendant LJ Installation Corp. or Parsons Construction, Inc., appears, the parties shall file a

request to reinstate the conference.  It is further

**ORDERED** that, by **May 11, 2026**, Plaintiff shall file a motion for default judgment and

supporting papers as to Defendants LJ Installation Corp. and Parsons Construction, Inc. pursuant

to Local Civil Rule 55.2.  Plaintiff is not required to file a pre-motion letter for the motions for

default judgment.

To the extent the parties contemplate filing any other motions, the parties are directed to

Individual Rules III.A and III.C governing the procedures for filing motions.

Dated: April 10, 2026
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**