UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                                          :
ATLANTIC CASUALTY INSURANCE CO.,                          :
                                      Plaintiff,          :
                                                          :
                    -against-                             :          26 Civ. 1560 (LGS)
                                                          :
LJ INSTALLATION CORP. et al.,                             :          **ORDER**
                                      Defendants.         :
                                                          :
----------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial pretrial conference in this action is scheduled in this action for

May 26, 2026.

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case

management plan.  It is hereby

**ORDERED** that the May 26, 2026, initial pretrial conference in **CANCELED.**  If the

parties believe that a conference would nevertheless be useful, they should inform the Court

immediately so the conference can be reinstated.    The case management plan and scheduling

order will issue in a separate order.  The parties' attention is particularly directed to the provisions

for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final

conference and setting of a trial date.  It is further

**ORDERED**, regarding settlement discussions, that if and when the parties are ready to

proceed with a settlement conference with the assigned Magistrate Judge or mediation in the

Court's mediation program, they shall file a joint letter on ECF requesting a referral.  It is further

**ORDERED** that Plaintiff's motion for default judgment against Defendant LJ Installation

Corp. is **HELD IN ABEYANCE** pending resolution of Plaintiff's claims as to the appearing

Defendants.

The parties should be aware that the Court does not extend the deadlines for fact discovery absent compelling circumstances.

Dated: May 22, 2026
      New York, New York

                              LORNA G. SCHOFIELD
                        UNITED STATES DISTRICT JUDGE