UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ATLANTIC CASUALTY INSURANCE COMPANY, Plaintiff, | : | 26 Civ. 1560 (LGS) |
| -against- | : | **ORDER** |
| LJ INSTALLATION CORP. et al., Defendants. | : | |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant Gustavo Hernandez filed responses to Plaintiff's First Request for Production of Documents and First Set of Interrogatories.

WHEREAS, under Federal Rule of Civil Procedure 5(d)(1)(A), "discovery requests and responses," including "requests for documents or tangible things" and "interrogatories," "must not be filed until they are used in the proceeding or the court orders filing." It is hereby

**ORDERED** that the parties shall not file discovery requests or responses on the docket until such documents are used in the proceeding (for example, in connection with a motion) or the parties are ordered otherwise. It is further

**ORDERED** that the discovery responses at Dkt. Nos. 45 and 46 are **STRICKEN**.

The Clerk of Court is respectfully directed to strike the documents at Dkt. Nos. 45 and 46.

Dated: July 28, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE