UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATLANTIC CASUALTY INSURANCE COMPANY,
Plaintiff,

-against-

LJ INSTALLATION CORP. et al.,
Defendants.

26 Civ. 1560 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order entered July 24, 2026, ordered the parties to file a supplemental joint letter regarding the status of discovery by July 31, 2026.

WHEREAS, the parties failed to file the letter. It is hereby

**ORDERED** that, by **August 5, 2026**, the parties shall file the letter. Failure to comply with court-ordered deadlines may result in sanctions or prejudice.

Dated: August 3, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE