UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ATLANTIC CASUALTY INSURANCE COMPANY, Plaintiff, -against- LJ INSTALLATION CORP et al., Defendants. | : | 26 Civ. 1560 (LGS) **ORDER** |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 15, 2026, a show cause hearing was held as to why a default judgment should not be entered against Defendant LJ Installation Corp. pursuant to Federal Rule of Civil Procedure 55(b) and Local Civil Rule 55.2. Only counsel for Plaintiff appeared. It is hereby

**ORDERED** that, by **September 25, 2026**, Plaintiff shall file a status letter regarding the voluntary dismissal of Defendants Parsons Construction Inc. and Gustavo Hernandez from this action.

Dated: September 16, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE